IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

IN THE MATTERS OF THE CLAIMS ) CASE NO. _____
MADE BY PETITIONER LACEY )
SIVAK                                ) COMPLAINT/PETITION
_____ )

COMES NOW, LACEY SIVAK, COMPLAINANT/PETITIONER IN THE ABOVE-ENTITLED MATTER, FILING THE COMPLAINT/PETITION COMPLAINING AND PETITIONING AS;

Rcvd____ Filed____ Time____
JUN 20 2019
U.S. COURTS
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

I.

LACEY TAKES JURISDICTION FOR THIS MATTER AS:
* ALL WRITS ACT 28 USCA § 1651(G)
* AMERICANS WITH DISABILITIES ACT 42 USCA § 12101-12213
* RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18 USCA §§ 1961-1968
* RULES 3 AND 4 OF FEDERAL RULES OF CRIMINAL PROCEDURE
* LACEY IS A PRISONER IN THE IDOC'S, ISCC.

II

LACEY SEEKS TO PROCEED WITHOUT COSTS, AS, LACEY'S MOTHER, MARION, WAS GIVING LACEY THE FUNDS, BUT, SINCE LACEY'S SISTER, LORRIE TRIED TO KILL MARION SEPTEMBER 2018, AND, PUT MARION IN A FACILITY WITH BRAIN DAMAGE, LACEY DOES NOT HAVE REGULAR INCOME. AND, THE IDOC WRONGLY FIRED LACEY FROM A JOB.

LACEY IS ENTITLED TO THE RELIEF SOUGHT IN THIS ACTION.

III

THIS MATTER IS A TANGLED WEB. - LACEY WAS PUT ON A DEATH SENTENCE IN IDAHO, IN 1981

IT WAS RECOGNIZED AFTER A NUMBER OF YEARS THAT LACEY HAS MEDICAL DISABILITY AND THE GUIDANCE IS IN THE ATTACHED "STATEMENT OF EVENTS (DATA)" ATTACHMENT ©, BY THE FACT THAT THE MEDICAL PEOPLE MADE THE MEMO "THIS MEMO IS INDEFINITE,": MEANING IT WOULD BE A LIFELONG DISABILITY.

LACEY RETURNED TO I.S.C.C. IN APRIL 2018, AFTER BEING SENT OUT IN 2017, AND, ALL THE DATA IS IN THE ATTACHED "STATEMENT OF EVENTS (DATA)".

WARDEN JAY CHRISTENSEN TRIED TO ENSURE HE COULD CLAIM IGNORANCE TO THE ISSUES, BY PUTTING VERNON GREENLAND, JR., ON AS "POINT OF CONTACT" (ATTACHED "STATEMENT OF EVENTS (DATA)", ATTACHMENT ©)

BUT, LORRIE, LACEY'S SISTER, TRIED TO KILL MARION, LACEY'S MOTHER, IN SEPT. 2018, AND, ALL THE DATA IS DETAILED IN THE ATTACHED "STATEMENT OF EVENTS (DATA)".

LACEY HAS ADDRESSED THE MATTERS ON MARION IN ADA COUNTY COURTS IN " IN THE MATTER OF THE CRIMINAL COMPLAINTS AGAINST LORRIE R. SIVAK, ZAC FULTON, AND, OTHER SPECIFIED AMERICANS" AND, THE ADA COUNTY MAGISTRATE RULING COVERS UP THE CRIMES.

LACEY ALSO TOOK THE MATTERS TO BART DAVIS, U.S. ATTORNEY FOR IDAHO, AS WELL AS A RACKETEERING CASE. - WHEN BART DAVIS DID NOT ANSWER, LACEY DID A COMPLAINT TO THE U.S. DISTRICT COURT. THAT MATTER IS CURRENTLY BEFORE THE NINTH CIRCUIT COURT IN

p 3

"... IN THE MATTER OF USDC RULING IN THE COMPLAINT AGAINST U.S. ATTORNEY BART DAVIS"

AND, AROUND THIS TIME, VERNON GREENLAND, JR, AT ISCC, DID TRY TO CAUSE LACEY TO "KICK HIS MOTHER TO THE "CURB"", BUT, LACEY REFUSED.

AND, WITH A CHANGE IN STAFF AT ISCC, CPL. ORTEGA DID TRY TO OVER-EXERT HER AUTHORITY. - VERNON GREENLAND TRIED TO KEEP LACEY FROM A JOB, SO, LACEY WOULD BE WITHOUT FUNDS TO CALL HIS BRAIN-DAMAGED MOTHER. THE JOBS ISSUE IS IN THE NINTH CIRCUIT COURT IN
"APPEAL OF U.S.D.C. 25 FEB 19 RULING ON THE APPEAL OF FOUR AGENCY DECISIONS"

AND, THE ISSUES WITH ORTEGA IS IN ADA COUNTY COURT IN
"IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST I ORTEGA, (JOUC CORDOBA)"

WHEN LACEY HAD HIS JOB GREENLAND HAD STAFF ACT AGAINST LACEY, AND, CHARGE LACEY VIOLATING PRISON RULES. - THE JOB WAS TAKEN FROM LACEY, BUT, THE RULES VIOLATION PROVEN FALSE. THAT CASE IS IN ADA COUNTY COURT IN "IN THE MATTER OF THE CRIMINAL COMPLAINTS AGAINST ISCC EMPLOYEES ? BALZER, ? SCOFFIELD, AND R BURNS"

THEN, WHEN THAT PROVED TO NOT RESULT IN ACTION AGAINST LACEY, GREENLAND HAD MARTINEZ STEAL A LOT OF LACEY'S PROPERTY

AND CHARGE LACEY. - THAT IS ALL LISTED OUT IN THE ATTACHED "STATEMENT OF EVENTS/DATA"

THEN, JAN CHRISTENSEN THREATENED LACEY FOR LACEY EXPOSING ABUSES.

## IV

ON RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT 18USCA§§1961-1968, LACEY HAS THREE CONVICTIONS AGAINST IDOC/STATE PEOPLE

1. ON THE "APPEAL OF U.S.D.C. 25 FEB 14 RULING ON APPEAL OF FOUR AGENCY DECISIONS"
THE I.S.C.C. PRISON RULED IN GRIEVANCE IC190 00 114 TO GIVE LACEY A JOB

2. ON THE "IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST I. ORTEGA, (IDOC CORPORAL)" ON THE LAST PAGE OF ATTACHMENT ⑤ ON THE ATTACHED "STATEMENT OF EVENTS/DATA"
WE HAVE ON THE LAST TWO LINES
"AS CORRECTIVE ACTION OR DISCIPLINARY ACTIONS IS PROTECTED UNDER THE RULES OF THE IDAHO DEPARTMENT OF HUMAN RESOURCES, NO FURTHER ACTION WILL BE DISCUSSED WITH INMATE SIVAK AS IT PERTAINS TO STAFF OF IDOC."

3. ON THE "IN THE MATTER OF THE CRIMINAL COMPLAINTS AGAINST ISCC EMPLOYEES I. BALZER, I. SCOFFIELD, AND R. BURNS" WE SEE ON ATTACHMENT ⓒ ON THE ATTACHED "STATEMENT OF EVENTS/DATA"
THAT LACEY WAS AQUITTED OF WRONGDOING, AND, THE FIRING WAS/IS WRONG. -

THAT MAKES THREE SEPARATE EVENTS, WHICH CONSTITUTE A PATTERN OF ILLEGAL AND CORRUPT CONDUCT, TO CONVICT ON R.I.C.O ACT 18 USCA§§1961-1968.

SINCE JAY CHRISTENSEN CONDONED SUCH, AS DID I.D.O., BASED ON THE ATTACHED, LACEY SEEKS:

1. THE I.D.O.C. BE TAKEN AWAY FROM THE STATE OF IDAHO, AND, PLACED UNDER FEDERAL CONTROL, WITH THE STATE OF IDAHO PAYING ALL OPERATING COSTS, THEN:

A. AN ADMINISTRATION TO OPERATE THE I.D.O.C. BE PUT IN PLACE

B. THE MISSION OF THE "PAROLE BOARD" BE CHANGED TO COMPLY WITH 2017 IDAHO CODE AMENDMENTS. — IN SHORT, WHEN AN IDAHO PRISONER COMPLETES THE "FIXED TIME" THE PRISONER IS PUT ON PAROLE. — IF A PAROLE OFFICER CLAIMS THE PRISONER VIOLATES THEIR PAROLE, THE PRISONER APPEARS BEFORE THE PAROLE BOARD. — IF THE PAROLE BOARD FINDS GUILT, THEY CAN ORDER THE PRISONER RETURNED TO A PRISON. (IF THE IDAHO PRISONS ARE FILLED TO CAPACITY, THE PAROLE BOARD WILL RELEASE ONE TO MAKE ROOM FOR THE NEW RETURNEE.)

C. THE ADMINISTRATION OF THE PRISONS WILL COMPILE A LIST OF ALL THE PRISONERS IN "SOUTH BOISE COMPLEX" (ALL PRISONERS IN THE PRISONS SOUTH OF BOISE, IN ADA COUNTY), AND, ONE HUNDRED A DAY, WHO HAVE COMPLETED THEIR "FIXED TIME" WILL BE RELEASED IN THE MORNING. — THAT SAME AFTERNOON, ONE FULL PLANE LOAD OF "OUT OF STATE" PRISONERS WILL BE

RETURNED TO IDAHO OR RELEASED. IF THERE IS NOT ENOUGH PRISONERS HELD IN COUNTY JAILS TO MEET THE "100 RELEASED" PRISONERS WILL BE MOVED TO THE PRISONS, TO FILL THE BEDS. — THIS WILL CONTINUE DAILY TILL ALL "OUT OF STATE" PRISONERS ARE RETURNED TO IDAHO, AND, THEN THE INFLUX WILL BE FROM JAILS, TO MEET THE 100, TILL ALL STATE PRISONERS ARE IN THE STATE PRISONS OR ON PAROLE. — THEN, THE ADMINISTRATION WILL REDUCE THE PRISONS DOWN TO DESIGNED CAPACITY (FOR EXAMPLE, EACH OF THE SIX TIERS IN B-BLOCK OF ISCC WERE DESIGNED TO HOLD 21 DOUBLE BUNKS IN 21 CUBICLES, FOR FORTY-TWO TOTAL PER TIER. — THE IDOC HAS ADDED 17 EXTRA DOUBLE BUNKS AND HOUSES 62 ON A TIER. — THIS WOULD MEAN THOSE 17 EXTRA DOUBLE BUNKS WOULD BE REMOVED, TO HOUSE 42 PRISONERS ON THE TIER.)

D. THE PRISON AND PAROLE SYSTEM WILL REMAIN UNDER FEDERAL CONTROL FOR A MINIMUM OF FIFTY YEARS, AND, THEN IT WILL BE DETERMINED IF IT WILL BE RETURNED TO STATE CONTROL OR STAY IN FEDERAL CONTROL

2. THAT THE STATE OF IDAHO BE REQUIRED TO RETURN ALL THE PROPERTY ON THE ATTACHED "STATEMENT OF EVENTS/DATA" ATTACHMENTS (BB) (CC) (DD), AND REPLACE WITH ATTACHMENT (X), THE ITEMS FROM ATTACHMEN(W)

#7

3. THAT THE STATE OF IDAHO RETURN TO LACEY ALL THE PROPERTY THEY HAVE TAKEN FROM LACEY, SINCE APRIL 1981, AS PROVIDED IN ATTACHMENT (A), AND, FOR EACH DAY THEY DELAY, THEY PAY LACEY ONE BILLION DOLLARS (THE STATE HAS COPIES OF THE HUNDREDS OF PAGES OF LISTS) IN UNITED STATES CURRENCY.

4. THAT THE COURTS RECOGNIZE THAT "LIFE" IN IDAHO IS THIRTY YEARS, AS SET IN "SIVAK V. USDC - JDB NINTH CIR (8-7270)".

5. THAT THE OFFENDERS, U. GREENLAND, CYNTHIA CRAIG-MARTINEZ, JAY CHRISTENSEN, AND, ALL FOUND GUILTY OF FEDERAL CRIMES BE APPROPRIATELY IMPRISONED.

6. LACEY BE IMMEDIATELY RELEASED FROM CUSTODY AND APPROPRIATELY COMPENSATED FOR BEING UNLAWFULLY IMPRISONED.

7. THAT FURTHER EVIDENCE BE ACCEPTED TO PROVE THE CLAIMS LACEY MAKES IN THE ATTACHED "STATEMENT OF EVENTS/DATA"

## V

THAT UN THE AMERICANS WITH DISABILITIES ACT 42 USCA § 12101-12213 THAT ON THE ATTACHED "STATEMENT OF EVENTS/DATA", THAT ATTACHMENT (B) IS A PAGE TO DEFINE IT, AND, ATTACHMENT (C) IS PROOF THAT LACEY HAS A RECOGNIZED DISABILITY.

BASED ON THE FACT THAT LACEY'S AREA WAS SEARCHED MORE THAN EIGHTEEN TIMES AND THE PROPERTY LEFT, BETWEEN APRIL 2014 AND 2019, AND, AFTER THE 04 MAY 2019 MEETING

WITH GREENLAND (WITNESSED ON BOTTOM LINE OF THE FIRST PAGE OF ATTACHMENT (J) "REFERENCE MEMO DATE 02/02/2019 FROM LT. VERNON GREENLAND DELIVERED 05/04/2019") THAT THE OTHER ATTACHMENTS SHOW PROPERTY TAKEN AND LACEY ACTED AGAINST ON 06 MAY 2019 AND AFTER, LACEY HAS PROVEN THE DELIBERATE VIOLATIONS OF THE A.D.A. PROTECTED RIGHT. —

THAT LACEY SEEKS:

1. THE RETURN OF ALL PROPERTY ON ATTACHMENTS (A) AND (BB) AND (CC) AND (DD)

2. THAT VERNON GREENLAND AND CYNTHIA CRAIG-MARTINEZ BE FIRED FROM JDDC AND BANNED FROM ENTRY ON ANY "SUNTA BOISE COMPLEX" GROUNDS

3. THAT THE JDDC PAY LACEY ONE MILLION DOLLARS PER DAY FOR EACH DAY LACEY IS DEPRIVED OF ANY PROPERTY

4. THAT JAN CHRISTENSEN AND VERNON GREENLAND AND CYNTHIA CRAIG MARTINEZ BE PROSECUTED FOR TORTURE, CRIMES AGAINST HUMANITY, AND, ANY OTHER APPROPRIATE CRIMES, AND, SENTENCED TO NATURAL LIFE IN ISOLATION.

5. THAT JAN CHRISTENSEN AND VERNON GREENLAND AND CYNTHIA CRAIG MARTINEZ PAY ALL COSTS FOR THE REMEDY OF THIS CASE.

VI

THAT UNDER THE ALL WRITS ACT 28 USCAS 1651(a), THE COURTS AND THE UNITED STATES PROVIDE PROPER REMEDY DEEMED BY UNITED STATES LAW.-

VII

LACEY STATES HE MADE SERVICE OF THIS DOCUMENT ON:

- U.S. DISTRICT COURT
  550 W. FORT ST.
  BOISE, IDAHO 83724

- U.S. ATTORNEY GENERAL
  DEPT. OF JUSTICE
  950 PENNSYLVANIA AVE, NW
  WASHINGTON, DC. 20530

DATED THIS 01ST DAY OF JUNE 2019.

*[signature]*

LACEY SIVAK 18114
B-BLOCK, ISCC
P.O. BOX 70010
BOISE, IDAHO 83707